# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., and THE OFFICIAL STANFORD INVESTORS COMMITTEE, | § § § § § § § | |
| Plaintiffs, | § § | Case No. 3:13-cv-0477-N-BG |
| v. | § § | |
| PROSKAUER ROSE, LLP, CHADBOURNE & PARKE, LLP, THOMAS J. SJOBLOM, AND PABLO M. ALVARADO, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Kevin Marshall Sadler of the law firm of Baker Botts LLP hereby submits his Notice of Appearance as co-counsel for Plaintiff Ralph S. Janvey, in his capacity as the Court-Appointed Receiver for the Stanford International Bank, Ltd., et al., in the above-captioned matter. Mr. Sadler is admitted to the bar of the Northern District of Texas.

Pursuant to the Federal Rules of Civil Procedure, please serve Mr. Sadler with copies of all pleadings, pleas, motions, notices, and other items to be served at the address below or through the Court's CM/ECF notification system.

Dated: July 18, 2017

Respectfully submitted,

By: */s/ Kevin M. Sadler*
Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
(512) 322-2500 (Telephone)
(512) 322-2501 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On July 18, 2017, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I will serve all counsel of record electronically or by other means authorized by the court or the federal rules of civil procedure.

*/s/ Kevin M. Sadler*
Kevin M. Sadler