UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
RALPH S. JANVEY, IN HIS CAPACITY :
AS COURT-APPOINTED RECEIVER FOR :
THE STANFORD RECEIVERSHIP :
ESTATE, AND THE OFFICIAL :
STANFORD INVESTORS COMMITTEE, :
:
       *Plaintiffs*, : Civil Action No. 3:13-cv-00477-N
: Hon. David C. Godbey
    - against - :
:
PROSKAUER ROSE, LLP, :
CHADBOURNE & PARKE, LLP, AND :
THOMAS V. SJOBLOM, :
:
       *Defendants*. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING**
**MOTION TO EXCLUDE EXPERT TESTIMONY**

    This Court, having considered Defendant Proskauer Rose LLP's Motion to Exclude Expert Testimony of Karyl Van Tassel, is of the opinion that such motion should be GRANTED.

    IT IS THEREFORE ORDERED that all opinions and testimony being offered by Karyl Van Tassel in support of the claims asserted by the Official Stanford Investors Committee, as a purported assignee of Ralph S. Janvey, are hereby EXCLUDED.

Date: _____, 2018    _____
                                                            UNITED STATES DISTRICT JUDGE