UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., and THE OFFICIAL STANFORD INVESTORS COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>PROSKAUER ROSE, LLP, CHADBOURNE & PARKE, LLP, THOMAS J. SJOBLOM, AND PABLO M. ALVARADO,<br><br>Defendants. | § § § § § § § § § § § § § § § § §<br><br>Case No. 3:13-cv-0477-N-BQ |

### NOTICE REGARDING ORAL DEPOSITION OF PABLO MAURICIO ALVARADO

Pursuant to the Court's March 6, 2018 Order, the Receiver and Pablo Mauricio Alvarado have conferred and scheduled Mr. Alvarado's deposition for March 21, 2018 at the Austin office of Baker Botts, LLP, 98 San Jacinto Blvd., Suite 1500, Austin, Texas 78701.  The examination will begin at 11:30 a.m. and continue until completed.  The deposition will be taken before a certified court reporter and will be stenographically recorded and videotaped.

Dated: March 8, 2018          Respectfully submitted,

**BAKER BOTTS LLP**

By: */s/ David T. Arlington*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    BAKER BOTTS L.L.P.
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701
    (512) 322-2500 (Telephone)
    (512) 322-2501 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

**STANLEY FRANK & ROSE LLP**

By: */s/ Michael J. Stanley*
    Michael J. Stanley
    Texas Bar No. 19046600
    mstanley@stanleylaw.com
    W. Shawn Staples
    Texas Bar No. 00788457
    wsstaples@stanleylaw.com
    7026 Old Katy Road, Suite 259
    Houston, TX 77024
    Telephone: (713) 980-4381
    Facsimile: (713) 980-1179

**ATTORNEYS FOR DEFENDANT PABLO M. ALVARADO**

## **CERTIFICATE OF SERVICE**

On March 8, 2018, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I will serve all counsel of record electronically or by other means authorized by the court or the federal rules of civil procedure.

*/s/ David T. Arlington*
David T. Arlington