IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, AND THE OFFICIAL STANFORD INVESTORS COMMITTEE<br><br>Plaintiffs,<br><br>v.<br><br>PROSKAUER ROSE LLP, CHADBOURNE & PARKE LLP, THOMAS V. SJOBLOM, AND PABLO M. ALVARADO,<br><br>Defendants. | § § § § § § § § § § § § § § § | Case No. 3:13-CV-0477-N-BG |

## ORDER

In the "Receiver's Response to the Court's Order Imposing Discovery Sanctions," the Receiver notified the court that because "Alvarado's failure to preserve his bank records resulted in spoliation of evidence," he "plans to seek an adverse inference at trial." ECF No. 273, at 2. If the Receiver intends to ask the court to provide an adverse-inference instruction to the jury, he must submit briefing supporting such a request and the inference sought **no later than April 9, 2018**. Any responsive brief is due **no later than five (5) days** after the Receiver files his brief.

**SO ORDERED.**

Dated: April 3, 2018

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE