UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
        :

RALPH S. JANVEY, IN HIS CAPACITY    :
AS COURT-APPOINTED RECEIVER FOR  :
THE STANFORD RECEIVERSHIP     :
ESTATE, AND THE OFFICIAL       :
STANFORD INVESTORS COMMITTEE,  :
        :
        :
*Plaintiffs*,       :   Civil Action No. 3:13-cv-00477-N
        :   Hon. David C. Godbey
        :
- against -      :
        :
PROSKAUER ROSE, LLP,     :
CHADBOURNE & PARKE, LLP, AND  :
THOMAS V. SJOBLOM,     :
        :
*Defendants*.      :
        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION REGARDING CERTAIN PRE-TRIAL FILINGS

WHEREAS, on July 7, 2017, the U.S. District Court for the Northern District of Texas, in the above-captioned action, issued an Amended Scheduling Order ("Amended Scheduling Order"), resetting the trial date for this case to begin on April 30, 2018, for a two week docket;

WHEREAS, paragraph 5 of the Amended Scheduling Order provides that "[t]he parties shall file all pretrial materials by March 30, 2018," including deposition designations;

WHEREAS, Ralph S. Janvey, in his capacity as court-appointed receiver for the Stanford Receivership Estate, the Official Stanford Investors Committee (together with Janvey, "Plaintiffs"), Pablo M. Alvarado, and Proskauer Rose LLP ("Proskauer," and together with Alvarado, "Defendants") have met and conferred with respect to pre-trial materials, and in the interest of facilitating an efficient and orderly pre-trial and trial process, Plaintiffs and Defendants (together, the "Parties") hereby STIPULATE AND AGREE AS FOLLOWS:

1.     The Parties shall file and provide each other with their respective affirmative deposition designations and exhibit lists on March 30, 2018 as required by the Amended Scheduling Order;

2.     The Parties shall not be required to include demonstrative exhibits on their exhibit lists to be filed and exchanged on March 30, 2018. The Parties shall exchange any demonstrative exhibits the day before they intend to use them at trial;

3.     The Parties shall file and provide each other with their respective counter-designations and objections to affirmative deposition designations by April 18, 2018;

4.     The Parties shall file and exchange objections to exhibits and the proposed jury charge on April 18, 2018;

5.     The Parties shall not be required to provide deposition designations as set forth in paragraphs 1 and 3 of this Stipulation for any witness who they intend to call live at trial. Should the Parties later decide not to call a witness live for whom designations are not provided pursuant to this paragraph 5, any Party may provide deposition designations for any such witness on three (3) days' notice.  Counter-designations to any designations provided under this paragraph 5 shall be provided within one (1) day of receiving the other Party's designations.

6.     The fact the Parties have exchanged deposition designations for a witness shall not require the Parties to play such designations at trial or call such witness live.


SIGNED April 10, 2018.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

AGREED:

NELIGAN LLP                                         DAVIS POLK & WARDWELL LLP

By: */s/ Douglas J. Buncher*                        By:   */s/ Craig M. Reiser*
    Douglas J. Buncher                               James P. Rouhandeh*
     Texas State Bar No. 03342700                    New York Bar No. 2211837
    dbuncher@neliganlaw.com                          rouhandeh@davispolk.com
    Republic Center                                  Daniel J. Schwartz*
    325 N. St. Paul, Suite 3600                       New York Bar No. 4159430
    Dallas, Texas 75201                              daniel.schwartz@davispolk.com
    Telephone:  (214) 840-5320                       Craig M. Reiser*
    Facsimile:  (214) 840-5301                        New York Bar No. 4886735
                                                    craig.reiser@davispolk.com
    *Attorneys for Receiver Ralph S. Janvey*         450 Lexington Avenue
                                                    New York, New York 10017
                                                    Telephone:  (212) 450-4000
                                                    Facsimile:  (212) 701-5800
                                                    * admitted *pro hac vice*

                                                    Neil R. Burger
                                                      Texas Bar No. 24036289
                                                      nburger@ccsb.com
                                                    Bruce W. Collins
                                                      Texas Bar No. 04604700
                                                      bcollins@ccsb.com
                                                    901 Main Street, Suite 5500
                                                    Dallas, Texas 75702
                                                    Telephone:  (214) 855-3000
                                                    Facsimile:  (214) 855-1333

                                                    *Attorneys for Defendant Proskauer*
                                                    *Rose LLP*

CASTILLO SNYDER, P.C.                          STRASBURGER & PRICE, LLP


By:  */s/ Edward C. Snyder*                    By:  */s/ Judith R. Blakeway*
        Edward C. Snyder                                David N. Kitner
          Texas Bar No. 00791699                          Texas Bar No. 11541500
          esnyder@casnlaw.com                           david.kitner@strasburger.com
        Jesse R. Castillo                               901 Main Street, Suite 4400
          Texas Bar No. 03986600                        Dallas, Texas 75202
          jcastillo@casnlaw.com                         Telephone:  (214) 651-4300
        700 N. St. Mary's Street, Suite 405             Facsimile:  (214) 651-4330
        San Antonio, Texas 78205
        Telephone:  (210) 630-4200                      Judith R. Blakeway
        Facsimile:  (210) 630-4210                        Texas Bar No. 02434400
                                                        judith.blakeway@strasburger.com
                                                        2301 Broadway
        *Attorneys for Official Stanford*               San Antonio, Texas 78215
        *Investors Committee*                           Telephone:  (210) 250-6004
                                                        Facsimile:  (210) 258-2706


                                                        *Attorneys for Official Stanford*
                                                        *Investors Committee*

STANLEY LAW, P.C.


By: */s/ Michael J. Stanley*
_____
      Michael J. Stanley
       State Bar No. 1904660
       mstanley@stanleylaw.com
      W. Shawn Staples
       State Bar No. 00788457
      wsstaples@stanleylaw.com
      230 Westcott Street, Suite 120
      Houston, Texas 77007
      Telephone:  (713) 980-4381
      Facsimile:  (713) 980-1179

      *Attorneys for Defendant P. Mauricio Alvarado*