IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:13-CV-0477-N |
| PROSKAUER ROSE, LLP, *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER

This Order addresses Plaintiff Ralph S. Janvey's (the "Receiver) motion to strike Defendant Proskauer Rose, LLP's ("Proskauer") December 15, 2017 letter to the Court [206]. The Receiver argues that the letter is an improper attempt by Proskauer to reargue fully briefed motions pending in this case in violation of the local rules. But the letter offers no arguments regarding the motions. Instead, it merely informs the Court of the motions' pendency. The Court thus denies the Receiver's motion.

Signed April 16, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE