UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------- x
:
RALPH S. JANVEY, IN HIS CAPACITY :
AS COURT-APPOINTED RECEIVER FOR :
THE STANFORD RECEIVERSHIP :
ESTATE, AND THE OFFICIAL :
STANFORD INVESTORS COMMITTEE, :
:
      *Plaintiffs*, :  Civil Action No. 3:13-cv-00477-N
: Hon. David C. Godbey
  - against - :
:
PROSKAUER ROSE, LLP, :
CHADBOURNE & PARKE, LLP, AND :
THOMAS V. SJOBLOM, :
:
      *Defendants*. :
:
------------------------------- x

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(4), notice is hereby given that defendant Proskauer Rose LLP ("Proskauer") appeals to the United States Court of Appeals for the Fifth Circuit from the Court's collateral order entered on April 10, 2018 (ECF No. 301), which denied Proskauer attorney immunity in violation of Troice v. Proskauer Rose L.L.P., 816 F.3d 341 (5th Cir. 2016), by holding that the Official Stanford Investors Committee, which was never Proskauer's client, (i) is a proper plaintiff in this suit against Proskauer, (ii) has standing because it is a "representative of the Stanford investors," and (iii) may assert claims against Proskauer pursuant to an amended complaint. (ECF Nos. 301 & 302.)

2

Dated:  April 16, 2018

| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. | DAVIS POLK & WARDWELL LLP |
|---|---|
| By:  /s/ Neil R. Burger | /s/ James P. Rouhandeh |
| Neil R. Burger<br>  Texas Bar No. 24036289<br>  nburger@ccsb.com<br>Bruce W. Collins<br>  Texas Bar No. 04604700<br>  bcollins@ccsb.com<br>901 Main Street, Suite 5500<br>Dallas, Texas 75202<br>Telephone:  (214) 855-3000<br>Facsimile:  (214) 855-1333 | James P. Rouhandeh*<br>  New York Bar No. 2211837<br>  rouhandeh@davispolk.com<br>Daniel J. Schwartz*<br>  New York Bar No. 4159430<br>  daniel.schwartz@davispolk.com<br>Craig M. Reiser*<br>  New York Bar No. 4886735<br>  craig.reiser@davispolk.com<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone:  (212) 450-4000<br>Facsimile:  (212) 701-5800<br>* admitted *pro hac vice*<br><br>*Attorneys for Defendant Proskauer Rose LLP* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing.  A Notice of Electronic Filing was transmitted to all ECF registrants.

/s/ James P. Rouhandeh
James P. Rouhandeh