UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------- x

RALPH S. JANVEY, IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
THE STANFORD RECEIVERSHIP
ESTATE, AND THE OFFICIAL
STANFORD INVESTORS COMMITTEE,

   *Plaintiffs*,

 - against -

PROSKAUER ROSE, LLP,
CHADBOURNE & PARKE, LLP, AND
THOMAS V. SJOBLOM,

   *Defendants*.

------------------------------- x

Civil Action No. 3:13-cv-00477-N
Hon. David C. Godbey

**ADVISORY TO THE COURT**

  Defendant Proskauer Rose LLP ("Proskauer") respectfully advises the Court that, on April 16, 2018, it appealed this Court's collateral order entered on April 10, 2018 (ECF No. 301) to the U.S. Court of Appeals for the Fifth Circuit. See Exhibit A (Notice of Appeal).

  "[A] district court is divested of jurisdiction upon the filing of the notice of appeal with respect to any matters involved in the appeal." Alice L. v. Dusek, 492 F.3d 563, 564 (5th Cir. 2007); see also Troice v. Proskauer Rose, L.L.P., 816 F.3d 341, 346 (5th Cir. 2016) ("[A]ttorney immunity is properly characterized as a true immunity from suit."). Accordingly, this Court lacks jurisdiction to proceed with respect to plaintiffs' claims against Proskauer. See Garcia v. Burlington N. R.R. Co., 818 F.2d 713, 721 (10th Cir. 1987) (explaining that any actions taken once a notice of appeal is filed are "null and void"). Because the Court lacks jurisdiction to issue any orders or take any other actions at the upcoming pre-trial conference that would "alter the

status of the case as it rests before the Court of Appeals," <u>Dayton Indep. Sch. Dist. v. U.S. Mineral Prods. Co.</u>, 906 F.2d 1059, 1063-64 (5th Cir. 1990), Proskauer respectfully submits that the pre-trial conference and all other pending matters should be adjourned until such time as Proskauer's appeal is resolved.

Dated: April 17, 2018

| | |
|---|---|
| CARRINGTON, COLEMAN,<br>SLOMAN & BLUMENTHAL, L.L.P. | DAVIS POLK & WARDWELL LLP |
| By: /s/ Neil R. Burger<br>    Neil R. Burger<br>      Texas Bar No. 24036289<br>      nburger@ccsb.com<br>    Bruce W. Collins<br>      Texas Bar No. 04604700<br>      bcollins@ccsb.com<br>    901 Main Street, Suite 5500<br>    Dallas, Texas 75202<br>    Telephone: (214) 855-3000<br>    Facsimile: (214) 855-1333 | /s/ James P. Rouhandeh<br>    James P. Rouhandeh*<br>      New York Bar No. 2211837<br>      rouhandeh@davispolk.com<br>    Daniel J. Schwartz*<br>      New York Bar No. 4159430<br>      daniel.schwartz@davispolk.com<br>    Craig M. Reiser*<br>      New York Bar No. 4886735<br>      craig.reiser@davispolk.com<br>    450 Lexington Avenue<br>    New York, New York 10017<br>    Telephone: (212) 450-4000<br>    Facsimile: (212) 701-5800<br>    * admitted *pro hac vice*<br><br>*Attorneys for Defendant Proskauer Rose LLP* |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 17, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

/s/ James P. Rouhandeh
James P. Rouhandeh