IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE AND THE OFFICIAL STANFORD INVESTORS COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> PROSKAUER ROSE, LLP, CHADBOURNE & PARK, LLP, AND THOMAS SJOBLOM <br><br> Defendants. | § § § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. 3:13-CV-0477-N

**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

The Plaintiffs' file this Supplemental Exhibit List. In the course of continued preparation for trial, Plaintiffs have determined that they may introduce these additional exhibits at trial. Defendant Proskauer Rose, LLP ("Prosakuer") has had these documents for many months when they were produced during discovery, so their designation does not operate as any surprise to Proskauer.

| Ralph S. Janvey, et al. v. Proskauer Rose, LLP, et al. | Civil Action No. 3:13-cv-0477-N |
|---|---|

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 542 | | | | Karyl Van Tassel's Summary of Data Related to Proskauer Declaration Damage Calculations |
| 543 | | | | Karyl Van Tassel's Resume |
| 544 | | | | Charles Herring, Jr.'s Resume |

Dated:  April 20, 2018                                    Respectfully submitted,

**NELIGAN LLP**                                           **CASTILLO SNYDER**

By:  */s/ Douglas J. Buncher*                             By:  */s/ Edward C. Snyder*
Douglas J. Buncher                                        Edward C. Snyder
Republic Center                                           Jesse R. Castillo
325 N. St. Paul, Suite 3600                               700 N. St. Mary's, Suite 405
Dallas, Texas 75201                                       San Antonio, Texas 78205
Telephone: (214) 840-5300                                 Telephone: (210) 630-4200
Facsimile: (214) 840-5301                                 Facsimile: (210) 630-4210
dbuncher@neliganlaw.com                                   esnyder@casnlaw.com
                                                          jcastillo@casnlaw.com

**BAKER BOTTS, L.L.P.**                                   **CLARK HILL STRASBURGER**

By:  */s/ Kevin M. Salder*                                By:  */s/ Judith R. Blakeway*
Kevin M. Sadler                                           Judith R. Blakeway
Scott D. Powers                                           2301 Broadway
David T. Arlington                                        San Antonio, Texas 78215
98 San Jacinto Blvd., Suite 1500                          Telephone: (210) 250-6004
Austin, Texas 78701                                       Facsimile: (210) 258-2706
Telephone: (512) 322-2500                                 judith.blakeway@clarkhillstrasburger.com
Facsimile: (512) 322-2501
kevin.sadler@bakerbotts.com                               By:  */s/ David N. Kitner*
scott.powers@bakerbotts.com                               David N. Kitner
david.arlington@bakerbotts.com                            901 Main Street, Suite 4400
                                                          Dallas, Texas 75202
**COUNSEL FOR THE RECEIVER**                              Telephone: (214) 651-4300
                                                          david.kitner@clarkhillstrasburger.com

                                                          **COUNSEL FOR OSIC**

## CERTIFICATE OF SERVICE

On this 20th day of April, 2018, the foregoing was served on all counsel of record via the Court's ECF system.

                                        */s/ Douglas J. Buncher*
                                        Douglas J. Buncher