IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PROSKAUER ROSE, LLP, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 3:13-CV-0477-N |

# **ORDER**

This Order addresses Defendant Proskauer Rose, LLP's ("Proskauer") advisory to the Court [310], which the Court construes as a motion to stay proceedings pending Proskauer's interlocutory appeal. Following a telephonic hearing with the parties on this same date and pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court orders a separate trial of the claims, if any, asserted by Plaintiff Official Stanford Investors Committee against Proskauer and orders that those proceedings are stayed pending appeal. Further, because of the reasons set forth in Plaintiff Ralph S. Janvey's (the "Receiver") response [331], the Court certifies that Proskauer's interlocutory appeal is frivolous and dilatory as to the claims asserted by the Receiver. The Court accordingly denies Proskauer's motion to stay this case as to the Receiver.

Signed April 23, 2018.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2