**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:13-CV-0477-N-BQ |
| v. | § § | |
| PROSKAUER ROSE, LLP, CHADBOURNE & PARKE, LLP, THOMAS S. SJOBLOM, AND PABLO M. ALVARADO, | § § § § § | |
| Defendants. | § | |

---

**THE RECEIVER'S NOTICE TO WITHDRAW AND DISMISS HIS REQUEST FOR DISCOVERY SANCTIONS, INCLUDING ATTORNEY'S FEES, AGAINST DEFENDANT PABLO M. ALVARADO**

---

Plaintiff Ralph S. Janvey, in his capacity as the Court-appointed Receiver for the Stanford International Bank, Ltd. (the "Receiver"), notifies the Court that he intends to and hereby does withdraw and dismiss his request for the imposition of discovery sanctions, including attorney's fees, against Defendant Pablo M. Alvarado, with prejudice. Specifically, the Receiver hereby withdraws and dismisses the following documents on the Court's docket:

- The Receiver's Reply to Alvarado's Response to the Court's Order to Show Cause [*see* Doc. 214] and supporting declaration [*see* Doc. 214–1]; and

- The Receiver's Response to the Court's Order Imposing Discovery Sanctions [*see* Doc. 273] and supporting declarations [*see* Docs. 273–1, and 273–2].

2

Dated: May 1, 2018	Respectfully submitted,

By: /s/ *Kevin M. Sadler*
Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
512.322.2500 (Telephone)
512.322.2501 (Facsimile)

**ATTORNEYS FOR**
**RECEIVER RALPH S. JANVEY**

**CERTIFICATE OF SERVICE**

On May 1, 2018, I electronically submitted the foregoing document with the clerk of the Court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

> */s/ Kevin M. Sadler*
> Kevin M. Sadler