## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 28, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 18-10463   Ralph Janvey, et al v. Proskauer Rose,
                               L.L.P.
                               USDC No. 3:13-CV-477
                               USDC No. 3:10-CV-2584

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    */s/ Melissa Mattingly*
                                  By: _____
                                  Melissa V. Mattingly, Deputy Clerk
                                  504-310-7719

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-10463
_____

RALPH S. JANVEY, In His Capacity as CourtAppointed Receiver for the Stanford Receivership Estate; OFFICIAL STANFORD INVESTORS COMMITTEE,

    Plaintiffs - Appellees

v.

PROSKAUER ROSE, L.L.P.,

    Defendant - Appellant

--------------------------------------------------

RALPH S. JANVEY, RECEIVER, et al.,

    Plaintiffs

v.

PABLO M. ALVARADO, et al.,

    Defendants

_____

Appeal from the United States District Court
for the Northern District of Texas
_____

**A True Copy**
**Certified order issued Jun 28, 2018**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

> LYLE W. CAYCE, CLERK
> United States Court of Appeals
> for the Fifth Circuit
> /s/ Lyle W. Cayce__

ENTERED AT THE DIRECTION OF THE COURT